# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00326-CR

---

**Maria Elena Mijares, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2016-517, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Maria Elena Mijares pleaded guilty to the offense of possession of a controlled substance in an amount less than one gram, and the district court placed her on deferred-adjudication community supervision for four years. Mijares has filed a notice of appeal from the district court's order. The State has filed a motion to dismiss, arguing that Mijares has no right of appeal. The State has attached to its motion a copy of the plea-bargain agreement, the order of deferred adjudication, and the district court's certification of Mijares's right of appeal. The district court has certified that this is a plea-bargain case and that Mijares has no right of appeal, and this is confirmed by the terms of the plea agreement. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d). We dismiss the State's motion as moot.

---

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: June 22, 2022

Do Not Publish